■ PAUL HALPIN, Appellant, v PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents.—Motion for resettlement granted and the order of this court entered on July 6, 1978, is resettled so as to include in the recital thereof that the appeal from the order of the Supreme Court, New York County, entered on February 24, 1978 was also taken from the dismissal of the first, second and fourth causes of action of the amended

complaint against respondent Prudential. Resettled order signed and filed. Concur—Murphy, P. J., Birns, Silverman, Evans and Markewich, JJ.